# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No.   04-x-00053

IN RE:     $95,533.78 U.S. Currency seized from Intermountain Bank
           $86,552.41 U.S. Currency seized from Bank of America
           $61,903.91 U.S. Currency seized from Citadel Bank
           $4,200.00 U.S. Currency seized from Francisco Dominguez
           $1,546.00 U.S. Currency seized from Jose Maes
           2002 Cadillac Escalade, VIN 3GYBK63N72G225661

## ORDER

**Blackburn, J**.

The United States initiated this action by filing a motion for extension of time to filed a complaint for forfeiture.  That motion was granted, as was a second such motion.  The last entry in the file indicates that a complaint was due to be filed by October 1, 2004.  However, no such complaint appears to have been submitted, and no further action has been taken in the case.[1]  In order to move the case forward, I issue the following orders.

**THEREFORE, IT IS ORDERED** as follows:

(1) That any complaint the government intends to file in this matter **SHALL BE FILED** by no later than close of business on **Tuesday, October 4, 2005**; and

(2) That if no complaint or other paper is filed by that deadline, this case **WILL BE DISMISSED WITHOUT PREJUDICE**.

---

[1] It appears that at least some of the relief sought in this action may have been subsumed by other cases.  (*See DEA v. Account # 056969*, Civil Case No. 03-x-00129-OES; *United States v. Dominguez*, Civil Case No. 04-cv-00022-REB; *United States v. $95,533.78 U.S. Currency Seized From Intermountain Bank*, Civil Case No. 04-cv-02045-REB.)

Dated September 20, 2005, at Denver, Colorado.

                BY THE COURT:

                s/ Robert E. Blackburn
                Robert E. Blackburn
                United States District Judge