**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  04-X-00053

IN RE:      $95,533.78 U.S. Currency seized from Intermountain Bank
            $86,552.41 U.S. Currency seized from Bank of America
            $61,903.91 U.S. Currency seized from Citadel Bank
             $4,200.00 U.S. Currency seized from Francisco Dominguez
             $1,546.00 U.S. Currency seized from Jose Maes
            2002 Cadillac Escalade, VIN 3GYBK63N72G225681

_____

**ORDER FOR ADMINISTRATIVE CLOSURE**
_____

**Blackburn, J.**

This matter comes before the court *sua sponte*.  On September 20, 2005, I issued an order directing the government to file a complaint in this matter, if it intended to do so, by the close of business on October 4, 2005.  The government responded to the court's order. *See* Response To This Court's Order of September 20, 2005 [#6], filed on September 27, 2005.  The government represents that the issues concerning the money seized from the various bank accounts and the 2002 Cadillac Escalade have been resolved by dismissal on joint motion filed May 6, 2005, in Civil Case No. 04-cv-02045-REB-OES.  All of the subject assets named in the now dismissed case, 04-cv-02045-REB-OES have been returned to claimant Francisco Dominguez.

In light of these circumstances, I conclude that this case should be closed administratively under D.C.COLO.LCivR 41.2.

**THEREFORE, IT IS ORDERED** as follows:

1. That under D.C.COLO.LCivR 41.2, this case is **ADMINISTRATIVELY CLOSED**; and

2. That absent a motion showing good cause why this case should be

reopened, this case may be dismissed with prejudice without further notice.

Dated September 29, 2005, at Denver, Colorado.

BY THE COURT:


s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge